UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MEDINA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02090-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 8, 2023. Having considered the parties' proposals, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 29, 2024 |
| Close of Fact Discovery | April 22, 2024 |
| Exchange of Opening Expert Reports | March 22, 2024 |
| Exchange of Rebuttal Expert Reports | April 22, 2024 |
| Close of Expert Discovery | June 24, 2024 |
| Dispositive Motion Hearing Deadline | August 8, 2024, at 2:00 p.m. |
| Pretrial Conference | November 5, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | November 18, 2024 at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/8/2023

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge