| | |
|---|---|
| **PRESTIGE LEGAL SOLUTIONS, P.C.**<br>MICHELLE YANG (SBN 325467)<br>myang@plsfirm.com<br>SARAH E. PFEFFER (SBN 331166)<br>spfeffer@plsfirm.com<br>620 Wilshire Blvd., Suite 200<br>Los Angeles, CA 90048<br>Tel: (310) 933-6626 \| Fax: (310) 933-5821<br>eservice@plsfirm.com<br><br>Attorneys for Plaintiff,<br>SALVADOR MEDINA<br><br>**SHOOK HARDY & BACON, LLP**<br>AMIR NASSIHI (SBN 235936)<br>anassihi@shb.com<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 544-1900 \| Fax: (415) 391-0281<br><br>NAOKI KANEKO (SBN 252285)<br>nkaneko@shb.com<br>BRADY R. O'BRYAN (SBN 335729)<br>bobryan@shb.com<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614-2546<br>Tel: (949) 475-1500 \| Fax: (949) 475-0016<br><br>Attorneys for Defendant, NISSAN NORTH AMERICA, INC. | **SIDRAN LAW CORP**<br>DAVID R. SIDRAN (SBN 121063)<br>dsidran@sidranlaw.com<br>MATTHEW K. SIDRAN (SBN 337964)<br>msidran@sidranlaw.com<br>2010 Crow Canyon Place, Suite 100<br>San Ramon, CA 94583<br>Tel: (925) 529-1350 \| Fax: (925) 529-1350<br><br>Attorneys for Defendant.<br>EMPIRE NISSAN OF SANTA ROSA, LLC,<br>dba JIM BONE NISSAN OF SANTA ROSA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MEDINA, an individual<br>　　　Plaintiff,<br><br>　　vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware corporation, EMPIRE NISSAN OF SANTA ROSA dba JIM BONE NISSAN OF SANTA ROSA, and DOES 1 through 10, inclusive<br>　　　Defendant(s). | Case Number: 4:23-CV-02090-HSG<br>Judge:　　　Hon. Haywood S. Gilliam<br><br>**STIPULATION AS TO ADR PROCEDURES & ORDER**<br><br>Complaint Filed: April 28, 2023<br>Trial Date:　　　November 18, 2024 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Salvador Medina, Defendant Nissan North America, Inc., and Defendant Empire Nissan of Santa Rosa dba Jim Bone Nissan of Santa Rosa (collectively, the "Parties") that the Parties will proceed in accordance with the following:

1. The Parties will seek alternative resolution of this dispute by private mediation;
2. The Parties designate Grant Woodruff as the mediator; and
3. The Parties will conduct such private mediation no later than May 24, 2024;

Respectfully submitted,

Dated: August 22, 2023

**PRESTIGE LEGAL SOLUTIONS, P.C.**

/s/ *Sarah Pfeffer*
Michelle Yang
Sarah Pfeffer
Attorneys for Plaintiff,
SALVADOR MEDINA

**SHOOK, HARDY, & BACON, LLP**

/s/ *Brady R. O'Bryan*
Amir Nassihi
Naoki Kaneko
Brady R. O'Bryan
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

**SIDRAN LAW CORP**

/s/ *David R. Sidran*
David R. Sidran
Matthew K. Sidran
Attorneys for Defendant,
EMPIRE NISSAN OF SANTA ROSA, LLC
dba JIM BONE NISSAN OF SANTA ROSA

**ORDER**

Pursuant to joint stipulation, the Parties are Ordered to seek alternative dispute resolution through private mediation conducted before mediator Grant Woodruff no later than May 24, 2024.

IT IS SO ORDERED.

Dated: 8/23/2023

_____
Hon. Haywood S. Gilliam, Jr.