AMIR NASSIHI (SBN 235936)
anassihi@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

NAOKI S. KANEKO (SBN 252285)
nkaneko@shb.com
BRADY O'BRYAN (SBN 335729)
bobryan@shb.com
**SHOOK, HARDY & BACON L.L.P.**
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA  92614
Tel: (949) 475-1500 | Fax: (949) 475-0016

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MEDINA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation; EMPIRE NISSAN OF SANTA ROSA LLC dba JIM BONE NISSAN OF SANTA ROSA, and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 4:23-cv-02090-HSG<br><br>Date:  November 30, 2023<br>Time:  2:00 p.m.<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Complaint filed: April 28, 2023<br>Trial Date: November 18, 2024 |

1  Plaintiff Salvador Medina, Defendant Nissan North America, Inc. ("NNA"),
2 and Defendant Empire Nissan of Santa Rosa LLC dba Jim Bone Nissan of Santa Rosa
3 ("Jim Bone"), (collectively "the Parties"), by and through their respective counsel of
4 record, hereby stipulate as follows:

5  WHEREAS, on September 6, 2023, Jim Bone filed a Motion to Compel
6 Arbitration (Dkt. 32–Dkt. 38),

7  WHEREAS, on September 8, 2023, Jim Bone re-filed its Motion to Compel
8 Arbitration, which is the operative motion that is the subject of this Stipulation and
9 Order (Dkt. 41),

10  WHEREAS, on September 19, 2023, NNA filed a Notice of Joinder to Jim
11 Bone's Motion to Compel Arbitration (Dkt. 42), which requests that the Court order
12 all of Plaintiff's claims to arbitration according to the sales contract and stay the action
13 pending resolution of arbitration,

14  WHEREAS, on September 22, 2023, Plaintiff filed his Opposition to the
15 Motion to Compel Arbitration (Dkt. 43),

16  WHEREAS, in light of the arguments Plaintiff raised in opposition to the
17 Motion to Compel Arbitration pertaining, NNA will be filing its own Reply brief,

18  WHEREAS on September 27, 2023, counsel for Plaintiff and NNA met and
19 conferred in an attempt to resolve the issues raised by Plaintiff's opposition without
20 requiring judicial involvement,

21  WHEREAS, the Parties have agreed that NNA's last day to submit its own
22 Reply brief should be extended to October 13, 2023,

23  WHEREAS, the requested extension will not affect the current hearing date for
24 the Motion or any other deadlines set by the Court.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and between the Parties, through their respective counsel, that:

1. NNA's Reply brief in support of the Motion to Compel Arbitration shall be due no later than October 13, 2023.

Dated:  September 28, 2023                     PRESTIGE LEGAL SOLUTIONS, P.C.

By: */s/ Sarah Pfeffer*
   Sarah Pfeffer

Attorneys for Plaintiff
SALVADOR MEDINA

Dated:  September 28, 2023                     SIDRAN LAW CORP

By: */s/ David R. Sidran*
   David R. Sidran

Attorneys for Defendant
EMPIRE NISSAN OF SANTA ROSA, LLC dba JIM BONE NISSAN OF SANTA ROSA

Dated:  September 28, 2023                     SHOOK HARDY & BACON L.L.P.

By: */s/Naoki S. Kaneko*
   Naoki S. Kaneko

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

IT IS SO ORDERED.

Dated: _____9/29/2023_____

_____
HONORABLE HAYWOOD S. GILLIAM, JR.