1  DAVID R. SIDRAN (SBN 121063)
   dsidran@sidranlaw.com
2  MATTHEW K. SIDRAN ( SBN 337964)
   msidran@sidranlaw.com
3  **SIDRAN LAW CORP**
   2010 Crow Canyon Place, Suite 100
4  San Ramon, CA 94583
   Tel:  (925) 529-1350
5  Fax: (925) 529-1350

6  Attorneys for Defendants,
   EMPIRE NISSAN OF SANTA ROSA, LLC,
7  dba JIM BONE NISSAN OF SANTA ROSA

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| SALVADOR MEDINA, an individual, | ) | Case No.: 4:23-CV-02090-HSG |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | **STIPULATION OF DISMISSAL; ORDER** |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, EMPIRE NISSAN OF SANTA ROSA, LLC dba JIM BONE NISSAN OF SANTA ROSA, and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | Complaint Filed: April 28, 2023
Trial Date:  None |

NOTICE OF VOLUNTARY DISMISSAL OF EMPIRE NISSAN OF SANTA ROSA, LLC dba JIM BONE NISSAN OF SANTA ROSA:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses the Complaint against Defendant, EMPIRE NISSAN OF SANTA ROSA, LLC dba JIM BONE NISSAN OF SANTA ROSA with prejudice.

/ / /

/ / /

/ / /

/ / /

-1-
**STIPULATION OF DISMISSAL**

| | |
|---|---|
| DATED: December 8, 2023 | **PRESTIGE LEGAL SOLUTIONS, P.C.**<br><br>By: _____<br>MICHELLE YANG<br>ALESSIA BERGHOUDIAN<br>Attorneys for Plaintiff,<br>SALVADOR MEDINA |
| DATED: December 8, 2023 | **SIDRAN LAW CORP.**<br><br>By: _____<br>DAVID R. SIDRAN<br>MATTHEW K. SIDRAN<br>Attorneys for Defendants,<br>EMPIRE NISSAN OF SANTA ROSA, LLC,<br>dba JIM BONE NISSAN OF SANTA ROSA |

### ORDER

Based on the above stipulation, the Complaint against Defendant, EMPIRE NISSAN OF SANTA ROSA, LLC dba JIM BONE NISSAN OF SANTA ROSA is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 23, 2023

_____
Hon. Haywood S. Gilliam, Jr.